# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-20-163-PRW |
| | ) |
| DONALD HYUNGJOON KIM, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Donald Hyungjoon Kim's Unopposed Motion to Lift Conditions of Release (Dkt. 55). On June 17, 2020, Defendant (a medical doctor) was indicted on several counts related to the distribution of controlled substances. Shortly thereafter, Magistrate Judge Shon T. Erwin issued an Order Setting Conditions of Release (Dkt. 11). Among other things, the Order required the Defendant to abide by a Memorandum of Agreement (Dkt. 11-1) that restricted the Defendant's ability to practice medicine. However, on August 1, 2022, upon the United States' motion, this Court dismissed the Indictment in this case.

Accordingly, the Court **GRANTS** Defendant Donald Hyungjoon Kim's Unopposed Motion to Lift Conditions of Release (Dkt. 55). The conditions of Defendant's release are lifted and the requirement that he comply with the restrictions therein are removed.

**IT IS SO ORDERED** this 3rd day of August 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE